UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:11CR250 HEA |
| | ) | |
| JERRY B. CHAMBERS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that hearing on the Motion for Leave to Withdraw [Doc. #50] is set in this matter for Friday, February 3, 2012, at 11:00 a.m. in the courtroom of the undersigned.

Dated this 26th day of January, 2012.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE